UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RLI Insurance Company,

    Plaintiff,

—v—

Pro-Metal Construction, Inc., et al.,

    Defendants.

18-cv-2762 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In a memo endorsement dated July 1, 2019, the Court granted a six month stay of this action pending resolution of the Class Action Settlement, which expired on January 1, 2020. By January 17, 2020, the parties shall provide a status update as to the progress of the Class Action settlement and inform the Court whether they request an extension of the stay in the above-captioned case.

SO ORDERED.

Dated: January 9, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge