UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020

RLI Insurance Company,

        Plaintiff,

–v–

Pro-Metal Construction, Inc., et al.,

        Defendants.

18-cv-2762 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    By June 15, 2020, the parties were to provide a status update in this case. As of the date of this Order, the Court has not received any such update. No later than July 20, 2020, the parties shall submit a status update as to the progress of the Class Action settlement and inform the Court whether they request an extension of the stay in the above-captioned case, which is set to expire on July 22, 2020.

    SO ORDERED.

Dated: July 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge