```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RLI Insurance Company,

                Plaintiff,

    -v-

Pro-Metal Construction, Inc., *et al.*,

                Defendant.

18-cv-2762 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 21, 2020, the Court ordered the parties to submit a status update in this matter within 60 days of that Order. Dkt. No. 116. As of the date of this Order, the Court has not received this status update. Within two weeks of this Order, the parties shall jointly file a status update with the Court.

    SO ORDERED.

Dated: September 30, 2020
       New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge