```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
RLI INSURANCE COMPANY,                 :    18cv2762 (DLC)
                                       :
                        Plaintiff,     :        ORDER
                                       :
           -v-                         :
                                       :
PRO-METAL CONSTRUCTION INC. et al,     :
                                       :
                        Defendants.    :
                                       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. Accordingly, it is hereby

ORDERED that the parties are directed to file a joint status report by April 20, 2022.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                              _____
                                        DENISE COTE
                               United States District Judge