```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RLI INSURANCE COMPANY,                  :     18cv2762 (DLC)
                                        :
                    Plaintiff,          :     ORDER
                                        :
         -v-                            :
                                        :
PRO-METAL CONSTRUCTION INC. et al,      :
                                        :
                    Defendants.         :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On October 15, 2020 the above captioned case was referred to Magistrate Judge Debra Freeman for settlement and specific non-dispositive motion purposes. Accordingly, it is hereby

ORDERED that the settlement and specific non-dispositive motion referral is vacated.

SO ORDERED:

Dated:   New York, New York
         April 15, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge