```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
RLI INSURANCE COMPANY,                 :
                                       :
                    Plaintiff,         :
          -v-                          :
                                       :       18cv2762 (DLC)
PRO-METAL CONSTRUCTION INC., et al.,   :       25cv5116 (DLC)
                                       :
                    Defendants.        :          ORDER
                                       :
-------------------------------------- X
                                       :
RLI INSURANCE COMPANY,                 :
                                       :
                    Plaintiff,         :
          -v-                          :
                                       :
PRO-METAL CONSTRUCTION INC., et al.,   :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

These related cases involve identical parties. The newly filed action, 25cv5116, was assigned to me for all purposes on June 24, 2025. It seeks, among other things, to enforce a settlement agreement entered in the earlier filed action, 18cv2762, in which there has been no activity on the docket for a period of more than three years. An initial pretrial conference is scheduled in the newly filed action for August 22, 2025. It appears that the corporate defendant, Pro-Metal Construction Inc., is in default in the newly filed action. Accordingly, it is hereby

ORDERED that by **August 14, 2025,** the plaintiff shall provide a status letter to the Court with respect to both actions, including as to whether any defendant in the newly filed action is in default.

Dated:   New York, New York
        July 25, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge