```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RLI INSURANCE COMPANY,                  :
                                        :
                         Plaintiff,     :
            -v-                         :
                                        :   18cv2762 (DLC)
PRO-METAL CONSTRUCTION INC., et al.,    :   25cv5116 (DLC)
                                        :
                         Defendants.    :   ORDER
                                        :
----------------------------------------X
                                        :
RLI INSURANCE COMPANY,                  :
                                        :
                         Plaintiff,     :
            -v-                         :
                                        :
PRO-METAL CONSTRUCTION INC., et al.,    :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's letters of August 12, 2025, it is hereby

ORDERED that the initial pretrial conference scheduled in case 25cv5116 for August 22 is adjourned to **September 26, 2025 at 11:30 A.M.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         August 14, 2025

                              _____
                                    DENISE COTE
                              United States District Judge