UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RLI INSURANCE COMPANY,                  :        18cv2762 (DLC)
                                        :
                            Plaintiff,  :             ORDER
                                        :
              -v-                       :
                                        :
PRO-METAL CONSTRUCTION INC. et al,      :
                                        :
                           Defendants.  :
                                        :
----------------------------------------:
                                        X

DENISE COTE, District Judge:

        A pretrial conference was held in related case 25cv5116

pursuant to Rule 16 of the Federal Rules of Civil Procedure on

September 26, 2025.  It is hereby

        ORDERED that the Clerk of Court shall close this case.

Dated:     New York, New York
           September 26, 2025

                              _____
                                        DENISE COTE
                              United States District Judge